ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 18 2015
JEANNE G. QUINATA
CLERK OF COURT

ALICIA A.G. LIMTIACO
United States Attorney
CLYDE LEMONS, JR.
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii) and 18 U.S.C. § 2]<br>(Count 1) |
| vs. | **ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii) and 18 U.S.C. § 2]<br>(Counts 2 and 3) |
| JUSTIN ROBERT WHITE CRUZ, and PETER ANTHONY CONCEPCION SANTOS, | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii) and 18 U.S.C. § 2]<br>(Count 4) |
| Defendants. | **TAMPERING WITH A WITNESS BY CORRUPT PERSUASION**<br>[18 U.S.C. §§ 1512(b)(1) & (j)]<br>(Count 5) |

1

| | **OBSTRUCTION OF A CRIMINAL INVESTIGATION BY BRIBERY**<br>[18 U.S.C. § 1510(a)]<br>(Count 6)<br><br>**FORFEITURE ALLEGATION**<br>[21 U.S.C. § 853] |

THE GRAND JURY CHARGES:

### COUNT 1 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

From on or about October 1, 2013, and continuing until October 7, 2015, in the District of Guam and elsewhere, the defendants, JUSTIN ROBERT WHITE CRUZ and PETER ANTHONY CONCEPCION SANTOS, knowingly and intentionally combined, conspired and agreed with each other and other persons known and unknown to the Grand Jury, to distribute fifty (50) or more grams of methamphetamine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii), and Title 18 United States Code, Section 2.

### COUNT 2 – ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about July 17, 2015, in the District of Guam, the defendant, JUSTIN ROBERT WHITE CRUZ, knowingly and intentionally attempted to possess with intent to distribute fifty (50) grams or more of methamphetamine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii), and Title 18 United States Code, Section 2.

### COUNT 3 – ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about July 17, 2015, in the District of Guam, the defendant, PETER ANTHONY CONCEPCION SANTOS, knowingly and intentionally attempted to possess with intent to

distribute fifty (50) grams or more of methamphetamine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii) and Title 18 United States Code, Section 2.

## COUNT 4 – POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about July 17, 2015, in the District of Guam, the defendant, JUSTIN ROBERT WHITE CRUZ, knowingly and intentionally possessed with intent to distribute fifty (50) grams or more of methamphetamine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18 United States Code, Section 2.

## COUNT 5 – TAMPERING WITH A WITNESS BY CORRUPT PERSUASION

From on or about July 17, 2015 and continuing until October 7, 2015, in the District of Guam, the defendant, JUSTIN ROBERT WHITE CRUZ, did knowingly attempt to corruptly persuade Peter Anthony Concepcion Santos, with the intent to influence his testimony in an official proceeding, in that JUSTIN ROBERT WHITE CRUZ, wrote a note to Peter Anthony Concepcion Santos asking Peter Anthony Concepcion Santos to take responsibility for the methamphetamine seized from JUSTIN ROBERT WHITE CRUZ on or about July 17, 2015, in the trial of *United States v. Justin Robert White Cruz, et. al.*, Criminal Case No. 15-00041

All in violation of Title 18, United States Code, Sections 1512(b)(1) and (j).

## COUNT 6 – OBSTRUCTION OF A CRIMINAL INVESTIGATION BY BRIBERY

From on or about July 17, 2015 and October 7, 2015, in the District of Guam, the defendant, JUSTIN ROBERT WHITE CRUZ, knowingly and intentionally by means of bribery,

3

did willfully endeavor to obstruct, delay and prevent Peter Anthony Concepcion Santos from communicating information relating to a violation of a criminal statute of the United States to criminal investigators with DEA in that JUSTIN ROBERT WHITE CRUZ, wrote a note to Peter Anthony Concepcion Santos asking Peter Anthony Concepcion Santos to take responsibility for the methamphetamine seized from JUSTIN ROBERT WHITE CRUZ on or about July 17, 2015, and in exchange JUSTIN ROBERT WHITE CRUZ, promised to take care of Peter Anthony Concepcion Santos's son for the rest of his life.

All in violation of Title 18, United States Code, Section 1510(a).

## FORFEITURE ALLEGATION – JUSTIN ROBERT WHITE CRUZ

Upon conviction of any of the controlled substance offenses alleged in this Indictment, the defendant, JUSTINE ROBERT WHITE CRUZ, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 any property constituting and derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used and intended to be used, in any manner or part, to commit, and to facilitate the commission of, the offense, including, but not limited to, the following:

1. MONEY JUDGMENT

A sum of money of at least $2,297,500.00 in United States Currency, representing the street value of the methamphetamine hydrochloride seized in this case.

2. CURRENCY

Approximately $480,412.50 in United States Currency seized from the defendant at his residence on July 17, 2015 after he was arrested, which represents the amount of proceeds obtained as a result of the offense and property intended to be used to facilitate the commission of the offense.

3. PERSONAL PROPERTY

    (a) 1 Glock 27.40 caliber handgun Serial # WAE950;

    (b) 1 Rock River 7.62 Nato Lar-8 Rifle Serial# UT103945 with a Nikon Scope and biped;

    (c) 1 AK47 Pistol Serial Number M92PV042234;

    (d) assorted ammunition;

    (e) 1 2005 Jeep Wrangler X Vehicle identification number (Vin. #) 1J4FA39S76P743505;

    (f) 1 2015 Lexus IS350 Vin. # JTHBE1D20F5017063;

    (g) 1 boat #GU -5602 PU;

    (h) 1 jet ski #GU6503 PU;

    (i) 1 jet ski #GU-6412 PU; and

    (j) all interest defendant held in a bar known as 'the Joint' located in Maite, Guam, at the time of his arrest.

    (k) One 14 karat gold ring.

    (l) 1 2014 Toyota 4Runner Vin # JTEXU5JR3E5068840

4. REAL PROPERTY

    (a) the single family dwelling located at 678C Chalan Anonas, Mai Mai, Guam (Lot 3378-7-R2).

    (b) the single family dwelling located at 678B Chalan Anonas (Lot#3378-7-2)

5. SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission by the defendant cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited

5

with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

## FORFEITURE ALLEGATION – PETER ANTHONY CONCEPCION SANTOS

Upon conviction of any of the controlled substance offenses alleged in this Indictment the defendant, PETER ANTHONY CONCEPCION SANTOS, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853 any property constituting and derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used and intended to be used, in any manner or part, to commit, and to facilitate the commission of, the offense, including, but not limited to, the following:

1. MONEY JUDGMENT

A sum of money of at least $2,772.00 in United States currency, representing the amount of property intended to be used, to facilitate the commission of the offense.

//
//
//
//
//
//
//
//

2. CURRENCY

Approximately $2,772.00 in United States Currency seized from the defendant on July 17, 2015 after he was arrested.

DATED this 18th day of November, 2015.

                                        A TRUE BILL.


ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the NMI

By: _____
CLYDE LEMONS, JR.
Assistant U.S. Attorney