ORIGINAL

LUJAN & WOLFF LLP
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

Attorneys for Defendant Justin Robert White Cruz

**FILED**
DISTRICT COURT OF GUAM
DEC 07 2015
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR15-00041 |
| | MJ-15-00053 |
| Plaintiffs, | |
| vs. | SUBSTITUTION OF COUNSEL |
| JUSTIN ROBERT WHITE CRUZ | |
| Defendant. | |

COMES NOW Defendant JUSTIN ROBERT WHITE CRUZ, to substitute himself, Pro Se, in place and stead of his counsel, David J. Lujan of the Law Firm of Lujan & Wolff.

Respectfully submitted this 3rd day of December, 2015.

_____
DAVID J. LUJAN,

Defendant agrees to the above substitution of attorney.
Dated this 3rd of Defendant, 2015.

_____
JUSTIN ROBERT WHITE CRUZ.