

**FILED**
DISTRICT COURT OF GUAM
OCT 19 2016
JEANNE G. QUINATA
CLERK OF COURT

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

## COUNT 1 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case, unanimously find the defendant, JUSTIN ROBERT WHITE CRUZ, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii), for Conspiracy to Distribute Methamphetamine Hydrochloride:

/ /     NOT GUILTY

/ X /   GUILTY

1

If you find the defendant not guilty in Count 1, do not consider the paragraph below. If you find the defendant guilty as charged, proceed to the paragraph below.

If you find the defendant JUSTIN ROBERT WHITE CRUZ guilty of Conspiracy to Distribute Methamphetamine Hydrochloride, do you unanimously find, beyond a reasonable doubt, that the total amount of Methamphetamine Hydrochloride involved in the Conspiracy to Distribute was:

/ X /   AT LEAST 50 GRAMS OR MORE

/ /   AT LEAST 5 GRAMS BUT LESS THAN 50 GRAMS

/ /   LESS THAN 5 GRAMS

## COUNT 2 – ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case, unanimously find the defendant, JUSTIN ROBERT WHITE CRUZ, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii), for Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride:

/ /   NOT GUILTY

/ X /   GUILTY

1       If you find the defendant not guilty in Count 2, do not consider the paragraph below. If
2 you find the defendant guilty as charged, proceed to the paragraph below.
3       If you find the defendant JUSTIN ROBERT WHITE CRUZ guilty of Attempted
4 Possession with Intent to Distribute Methamphetamine Hydrochloride, do you unanimously find,
5 beyond a reasonable doubt, that the total amount of Methamphetamine Hydrochloride involved
6 in the Attempted Possession with Intent to Distribute was:

    / X /    AT LEAST 50 GRAMS OR MORE

    /   /    AT LEAST 5 GRAMS BUT LESS THAN 50 GRAMS

    /   /    LESS THAN 5 GRAMS

## COUNT 4 – POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

We, the Jury, in the above-entitled case, unanimously find the defendant, JUSTIN ROBERT WHITE CRUZ, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), for Possession with Intent to Distribute Methamphetamine Hydrochloride:

    /   /    NOT GUILTY

    / X /    GUILTY

If you find the defendant not guilty in Count 4, do not consider the paragraph below. If you find the defendant guilty as charged, proceed to the paragraph below.

If you find the defendant JUSTIN ROBERT WHITE CRUZ guilty of Possession with Intent to Distribute Methamphetamine Hydrochloride, do you unanimously find, beyond a reasonable doubt, that the total amount of Methamphetamine Hydrochloride involved in the Possession with Intent to Distribute was:

/ X /  AT LEAST 50 GRAMS OR MORE

/   /  AT LEAST 5 GRAMS BUT LESS THAN 50 GRAMS

/   /  LESS THAN 5 GRAMS

**COUNT 5 – TAMPERING WITH A WITNESS BY CORRUPT PERSUASION**

We, the Jury, in the above-entitled case, unanimously find the defendant, JUSTIN ROBERT WHITE CRUZ, in violation of Title 18, United States Code, Section 1512(b)(1), for Tampering with a Witness by Corrupt Persuasion:

/   /  NOT GUILTY

/ X /  GUILTY

4

Case 1:15-cr-00041   Document 195   Filed 10/19/16   Page 4 of 5

# COUNT 6 – OBSTRUCTION OF A CRIMINAL INVESTIGATION BY BRIBERY

We, the Jury, in the above-entitled case, unanimously find the defendant, JUSTIN ROBERT WHITE CRUZ, in violation of Title 18, United States Code, Section 1510(a), for Obstruction of a Criminal Investigation by Bribery:

/ / NOT GUILTY

/ X / GUILTY

DATED this 19th of October, 2016, at Hagatna, Guam.

REDACTED

FOREPERSON