SHAWN N. ANDERSON
Acting United States Attorney
CLYDE LEMONS, JR.
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ROBERT WHITE CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. 15-00041<br><br>DECLARATION OF PUBLICATION |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning June 20, 2017 and ending on July 19, 2017 regarding: One (1) Glock 27.40 caliber handgun Serial # WAE950; One (1) Rock River 7.62 Nato Lar-8 Rifle Serial # UT103945 with a Nikon Scope and biped; One (1) AK47 Pistol Serial Number M92PV042234; and assorted ammunition. (See Attachments 1 and 2.)

SHAWN N. ANDERSON
Acting United States Attorney
Districts of Guam and NMI

By: /s/ Clyde Lemons
CLYDE LEMONS
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM
# COURT CASE NUMBER: 15-00041; NOTICE OF FORFEITURE

Notice is hereby given that on December 15, 2016, in the case of <u>U.S. v. Justin Robert White Cruz</u>, Court Case Number 15-00041, the United States District Court for the District of Guam entered an Order condemning and forfeiting the following property to the United States of America:

Assorted Firearms, VL: $1,381.00 (15-DEA-630728), including the following items: 1 Glock 27 .40 caliber handgun with 3 each Glock .40 caliber magazines, Ser No: WAE950; 1 Rock River 7.62 Nato LAR-8 rifle with Nikon scope & biped with 2 ea. 7.62x39 magazines, Ser No: UT103945; 1 AK-47 Pistol with 1 each 7.62x13 magazine, Ser No: M92PV042234; 1 Assorted ammunition, 7.62x39 Wolf ammunition; .40 S&W ammunition; 7.62x13 Aguila ammunition which was seized from Justin Robert White Cruz on July 17, 2015 at 678C Chalan Anonas, located in Mai Mai, GU

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 20, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 4TH FLOOR, U.S. COURTHOUSE, 520 WEST SOLEDAD AVENUE, HAGATNA, GU 96910, and a copy served upon Assistant United States Attorney Clyde Lemons, SUITE 500, SIRENA PLAZA, 108 HERNAN CORTEZ AVENUE, HAGATNA, GU 96910. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

ATTACHMENT 1

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 20, 2017 and July 19, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Justin Robert White Cruz

**Court Case No:** 15-00041
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/20/2017 | 24.0 | Verified |
| 2 | 06/21/2017 | 24.0 | Verified |
| 3 | 06/22/2017 | 24.0 | Verified |
| 4 | 06/23/2017 | 24.0 | Verified |
| 5 | 06/24/2017 | 24.0 | Verified |
| 6 | 06/25/2017 | 24.0 | Verified |
| 7 | 06/26/2017 | 24.0 | Verified |
| 8 | 06/27/2017 | 24.0 | Verified |
| 9 | 06/28/2017 | 24.0 | Verified |
| 10 | 06/29/2017 | 24.0 | Verified |
| 11 | 06/30/2017 | 24.0 | Verified |
| 12 | 07/01/2017 | 24.0 | Verified |
| 13 | 07/02/2017 | 24.0 | Verified |
| 14 | 07/03/2017 | 24.0 | Verified |
| 15 | 07/04/2017 | 24.0 | Verified |
| 16 | 07/05/2017 | 24.0 | Verified |
| 17 | 07/06/2017 | 24.0 | Verified |
| 18 | 07/07/2017 | 24.0 | Verified |
| 19 | 07/08/2017 | 24.0 | Verified |
| 20 | 07/09/2017 | 24.0 | Verified |
| 21 | 07/10/2017 | 24.0 | Verified |
| 22 | 07/11/2017 | 24.0 | Verified |
| 23 | 07/12/2017 | 24.0 | Verified |
| 24 | 07/13/2017 | 24.0 | Verified |
| 25 | 07/14/2017 | 24.0 | Verified |
| 26 | 07/15/2017 | 24.0 | Verified |
| 27 | 07/16/2017 | 24.0 | Verified |
| 28 | 07/17/2017 | 24.0 | Verified |
| 29 | 07/18/2017 | 24.0 | Verified |
| 30 | 07/19/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

ATTACHMENT 2