SHAWN N. ANDERSON
Acting United States Attorney
CLYDE LEMONS, JR.
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR FINAL ORDER OF FORFEITURE RE: WEAPONS AND AMUNITION |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case for the reasons set forth in the following supporting suggestions.

1. On December 15, 2016, the Court issued an Amended Preliminary Order of Forfeiture (ECF No. 214), finding the requisite nexus between the property and the offenses of conviction 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C), and in accordance with 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b), forfeited to the United States: One (1) Glock 27.40 caliber handgun Serial # WAE950; One (1) Rock River 7.62 Nato Lar-8 Rifle Serial # UT103945 with a Nikon Scope and biped; One (1) AK47 Pistol Serial Number M92PV042234; and assorted ammunition.

MOTION FOR FINAL ORDER
OF FORFEITURE - 1

2. Pursuant to 21 U.S.C. § 853(n)(1), the Court instructed the United States to publish notice of the Preliminary Order and the government's intent to dispose of the weapons and assorted ammunition.

3. In accordance with 21 U.S.C. § 853(n)(1) and the provisions of the Preliminary Order of Forfeiture, the United States had published for 30 consecutive days, notices of the Order on the government's official internet website, www.forfeiture.gov as required, advising any person having or claiming to have a legal interest in the weapons and ammunition of the right to file a claim contesting the forfeiture. Publication of the notice began on June 20, 2017 and ended July 19, 2017. *See* Declaration of Publication, ECF No. 262.

4. The time for filing petitions for the weapons and ammunition has expired, and no third party has made any claim to or declared any interest in the currency.

**WHEREFORE**, the United States respectfully moves this Honorable Court for a Final Order of Forfeiture, declaring the weapons and ammunition be forfeited to the United States, vesting full right, title and interest in this property to the United States, and which will be disposed of by the U.S. Drug and Enforcement Agency (DEA) and/or the U.S. Marshals Service pursuant to law.

Respectfully submitted this 31st day of August, 2017.

SHAWN N. ANDERSON
Acting United States Attorney
Districts of Guam and NMI

By: /s/ Clyde Lemons
CLYDE LEMONS
Assistant U.S. Attorney

MOTION FOR FINAL ORDER OF FORFEITURE - 2

Case 1:15-cr-00041   Document 263   Filed 08/31/17   Page 2 of 2