SHAWN N. ANDERSON
Acting United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5009
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America\

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ROBERT WHITE CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. 15-00041<br><br>**MOTION FOR DESTRUCTION OF EVIDENCE** |

The United States of America, by and through the undersigned counsel, respectfully submits this Motion for Destruction of Evidence for an Order allowing the Government to dispose of one Rock River Arms LAR-8 .308/7.62 mm rifle, bearing serial no. UT103954, together with a Nikon scope and bipod ("the firearm").

Title 18, United States Code, Section 983(1)(1)(F) states in relevant part:

"The Government shall not be required to return contraband or other property that the person from whom the property was seized may not legally possess."

The Drug Enforcement Administration ("DEA") currently has possession of the firearm in connection with this criminal case. DEA will not return the firearm to the Defendant since the item was seized as contraband for which the Defendant is prohibited from possessing. On March 28, 2017, a felony

MOTION FOR DESTRUCTION
OF EVIDENCE - 1

judgment was entered against the Defendant in this matter. The Government therefore requests that the Court order the destruction of the firearm.

Without an order by this Court authorizing the Government to destroy the firearm, the Government would maintain custody and control of the firearm for an indefinite period of time, at the Government's expense. As there is no corresponding benefit to the public in having the Government maintain custody and control of the firearm, the Government requests the Court issue an Order for destruction of the firearm.

Respectfully submitted this 13th day of December 2017.

_____
SHAWN N. ANDERSON
Acting U.S. Attorney