

**FILED**
DISTRICT COURT OF GUAM

JAN 25 2018 

JEANNE G. QUINATA
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
| Plaintiffs, | |
| vs. | **RECEIPT OF EXHIBITS** |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

[ X ] Government's     [  ] Defendant's     [  ] Joint

Pursuant to the court's orders ECF nos. 264 (Final Order of Forfeiture Re: Weapons and Ammunition) and 266 (Order for Destruction of Evidence), I hereby acknowledge receipt of the following exhibits in the above-entitled case, which are listed herein:

| Exhibit No. | Description |
|---|---|
| 40a | One (1) Rock River Arms LAR-8 .308/7.62 mm rifle, Serial No. UT103954 with a Nikon scope and bipod |
| 40b | One (1) AK47 Pistol Serial No. M92PV042234 |
| 40c | One (1) Glock 27.40 caliber handgun Serial No. WAE950 |

_____
Signature

_Jeremiah Cruz_
Name

1/25/18
_____
Date

DEA
_____
Office/Firm Receiving Exhibits

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Virginia Kilgore _(signature)_ 1/25/2018 | FILE TITLE | |
| | DATE ~~12/7/17~~ 1/25/18 | |

DIVISION/DISTRICT OFFICE

LAFD / GRO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Glock 27 .40 caliber (black) SR: WAE950 | |
| 1 | Rock River 7.62 Nato Car-8 rifle SR: UT103954 | |
| 1 | AK47 pistol SR: m92 PV04 2234 | |
| | _Nothing Follows_ | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) Jeremiah Cuz TFO |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) HENRY JAMES TFO |

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version