**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 17-10138 |
| ) Plaintiff/Appellee, ) | D.C. No. 1;15-cr-00041-FMTG |
| ) | District of Guam, |
| v. ) | Agana |
| ) | |
| JUSTIN ROBERT WHITE CRUZ ) | Request for status of Appeal and |
| ) | ORDER for appointed Attorney |
| Defendant/Appellant. ) | to communicate with Defendant/ |
| ) | Appellant. |

NOW COMES, Justin Robert White Cruz, ("hereafter") referred to as APPELLANT, humbly request the Court to communicate the status of my appeal. A notice to appeal was filed within the time requirements as established by the law. As of the receipt of the attached ORDER, Appellant has not been able to communicate with appointed attorney nor has any of Appellants phone calls to Mr. Gavras been accepted. Appellant has communicated to Mr. Gavras that his appeal is important to him, and that Appellant wants to be made abreast of all filings. As of this date Appellant has no understanding of the status of the appeal, so Appellant pleads the Court to assist in this matter immediately.

Appellant realizes that the attached ORDER was filed March 29, 2017, but as of this date Mr. Gavras has made no efforts to assist and communicate with Appellant. Appellant requests the Court to ORDER Mr. Gavras to do his duty as an Officer of the Court and file briefings as per the previously established briefing schedule.

Respectfully Submitted,

MARCH 2, 2018
DATE

Justin Robert White Cruz
Reg. No.
F.C.I., #1
P.O. Box 3725
Adelanto, CA 92301

cc: William Gavras, Esq.

-2-

FILED

UNITED STATES COURT OF APPEALS

MAR 29 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-10138 |
| Plaintiff-Appellee, | D.C. No. 1:15-cr-00041-FMTG |
| | District of Guam, |
| v. | Agana |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant-Appellant. | ORDER |

Court records show that counsel William Gavras, Esq., was appointed under the Criminal Justice Act to represent defendant before the district court. It appears that counsel has not been granted leave to withdraw by the district court or this court. Accordingly, the Clerk has entered counsel William Gavras, Esq., on the docket as appointed counsel of record. *See* 9th Cir. R. 4-1(a).

Appointed counsel has the duty to ascertain whether the defendant wishes to appeal and to file a notice of appeal upon the defendant's request. *See id.* Counsel also has the duty to continue to represent the defendant on appeal until counsel is relieved by this court. *See id.* Therefore, even though the Deputy Clerk filed the notice of appeal, counsel Gavras remains responsible for prosecuting this appeal.

DV/AppComm Direct Criminal

*Justin,*
*I am representing*
*you. The court for some*
*reason is making me*
*serve this on you*
*see the last*
*paragraph*

If counsel wishes to withdraw, counsel must, within 21 days, file a motion in this court accompanied by a statement of reasons and proof of service on defendant showing defendant's current address and including: (1) a motion by appointed counsel to be relieved and for appointment of substitute counsel; or (2) a substitution of counsel showing that new counsel has been retained to represent defendant; or (3) a motion by defendant to proceed pro se; or (4) an affidavit or signed statement from defendant showing that defendant has been advised of defendant's rights with regard to the appeal and expressly stating that defendant wishes to dismiss the appeal voluntarily. *See* 9th Cir. R. 4-1(c).

In the absence of a motion to withdraw, the previously established briefing schedule shall remain in effect.

The Clerk shall serve this order on counsel Gavras.

Within 21 days after the date of this order, counsel Gavras shall serve this order on appellant individually and provide this court with proof of such service showing appellant's registration number and current address.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vgnol
Deputy Clerk
Ninth Circuit Rule 27-7

NAME: JUSTIN ROBERT WHITE CRUZ
REG #: 04546 - 093
FEDERAL CORRECTIONAL INSTITUTION #1
P.O. BOX 3725
ADELANTO, CA 92301

RECEIVED

MAR 13 2018

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

SN BERNARDINO CA

05 MAR 2018 PM 6 L

Screened
United States Marshals Service
District of Guam
Date 3/12/18

UNITED STATES
DISTRICT COURT OF GUAM
JEANNE G. QUINATA , CLERK
U.S. COURTHOUSE
520 W. SOLEDAD AVE 4TH FLOOR
HAGÅTÑA, GUAM 96910

96910-451604