UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 04 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

  v.

JUSTIN ROBERT WHITE CRUZ,

           Defendant - Appellant.

No. 17-10138

D.C. No. 1:15-cr-00041-FMTG-1
U.S. District Court of Guam

**MANDATE**

The judgment of this Court, entered February 11, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7