SHAWN N. ANDERSON
United States Attorney
BELINDA ALCANTARA
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ROBERT WHITE CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. 15-00041-001<br><br>**UNITED STATES' MOTION TO DISMISS SUPERSEDING INDICTMENT** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff United States of America, by and through its undersigned counsel, hereby moves to dismiss, without prejudice, the Superseding Indictment (ECF No. 60) in the above captioned case.

"Under Rule 48, courts must grant leave to the government to dismiss an indictment, information, or complaint unless dismissal is 'clearly contrary to manifest public interest.'" *In re Ellis*, 356 F.3d 1198, 1209 (9th Cir. 2004)(en banc) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).

"The decision to dismiss an indictment implicates concerns that the Executive is uniquely suited to evaluate, and a district court should be reluctant to deny its request." *Ellis*, 356 F.3d at 1210. Additionally, "[c]ourts do not know which charges are best initiated at which time, which

allocation of prosecutorial resources is most efficient, or the relative strengths of various cases and charges." *Id*.

The United States has determined that given the Ninth Circuit Court of Appeals Memorandum of Decision (ECF No. 269), and a review of the current case investigation, there is presently insufficient admissible evidence to proceed. Thus, dismissal of the Indictment is appropriate and not "clearly contrary to manifest public interest." *Rinaldi v. United States*, 434 U.S. 22 (1977).

The United States respectfully seeks leave of the Court to dismiss the Indictment in this case without prejudice.

RESPECTFULLY SUBMITTED this 25th day of April, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: */s/ Belinda Alcantara*
BELINDA ALCANTARA
Assistant U.S. Attorney