# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
| Plaintiff, | |
| vs. | **ORDER DISMISSING SUPERSEDING INDICTMENT** |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

Upon motion from the Government, ECF No. 273, the Superseding Indictment in the above-captioned case is dismissed without prejudice.

The status hearing for April 25, 2019 is **vacated**. Defendant Cruz is hereby ordered to be **released from custody**.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
**Dated: Apr 25, 2019**