SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
Chief, Civil Division
JESSICA WESSLING
Assistant U.S. Attorney
108 Hernan Cortez Ave., Ste. 500
Hagåtña, Guam   96910
PHONE:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN ROBERT WHITE CRUZ,<br><br>Defendant. | CRIMINAL CASE NO. 15-00041<br><br>**PETITION TO REFUND OVERPAYMENT OF SPECIAL ASSESSMENT FEE** |

On March 22, 2017, Defendant JUSTIN ROBERT WHITE CRUZ ("Defendant Cruz")

Judgment in a Criminal Case ordered him to pay a $500.00 special assessment fee.  Plaintiff

petitions the Court to refund the overpaid portions of the special assessment fee imposed against

Defendant Cruz, and in support states:

    1.   Pursuant to the Judgment in a Criminal Case, Defendant Cruz was ordered to pay

a special assessment fee.  ECF No. 233

    2.   On April 25, 2019, Defendant Cruz's case was dismissed.  ECF No. 274

    3.   The total amount paid by Defendant Cruz was $150.00 as reflected in the Single

Liability Payment History Reports.  See attached Exhibit A.

//

1

1    4.    The United States respectfully requests that the Court direct the Clerk to refund the

2  full amount of overpayment by issuing a check in the amount of $150.00 to "Justin Robert White

3  Cruz" and to mail the refund check to his address as provided by the United States.

4    5.    Plaintiff further requests that any future payments made by Defendant Cruz be

5  refunded to him without further order.

6        DATED this _____8th_____ day of May, 2019.

7                                            SHAWN N. ANDERSON
                                             United States Attorney
8                                            Districts of Guam and the NMI

9
                                        By:    /s/ Jessica Wessling_____
10                                            MIKEL W. SCHWAB
                                             JESSICA WESSLING
11                                            Assistant U.S. Attorneys

12

13

14

15

16

17

18

19

20

21

22

23

24

2