Single Liability - Payments

| Collection Office | USAO | Collection District | GU | Last Name | Cruz | First Name | Justin Robert White | CDCS Number | 2017A45896 | Court Number | CR-15-00041 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Collect Type | 0R | Priority Code | 04 | Scheduled Payment Amount | | Scheduled Payment Date | | Current Liability | $350.00 | | |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000002 | PMNT | 12/11/2017 | CB | A | JUSTIN R. WHITE CRUZ | | BOP | | 01/31/2018 | $25.00 |
| 000003 | PMNT | 03/12/2018 | CB | A | JUSTIN R. WHITE CRUZ | | BOP | | 05/01/2018 | $25.00 |
| 000004 | PMNT | 06/11/2018 | CB | A | JUSTIN R. WHITE CRUZ | | BOP | | 07/31/2018 | $25.00 |
| 000005 | PMNT | 09/11/2018 | CB | A | JUSTIN R. WHITE CRUZ | | BOP | | 10/31/2018 | $25.00 |
| 000006 | PMNT | 12/11/2018 | CB | A | JUSTIN R. WHITE CRUZ | | BOP | | 02/02/2019 | $25.00 |
| 000007 | PMNT | 03/11/2019 | CB | A | JUSTIN R. WHITE CRUZ | | BOP | | 04/30/2019 | $25.00 |
| Grand Total | | | | | | | | | | $150.00 |

Sensitive But Unclassified
Page 1 of @{numberOfPages}

EXHIBIT A