SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
Chief, Civil Division
JESSICA WESSLING
Assistant U.S. Attorney
108 Hernan Cortez Ave., Ste. 500
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
| Plaintiff, | |
| vs. | **ORDER** |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

Plaintiff has petitioned to refund overpayment of special assessment fee. *See* ECF No. 275. The petition is granted. The court orders the Clerk of Court to refund the overpaid portions of the special assessment fee in the amount of One Hundred Fifty Dollars ($150.00) to Justin Robert White Cruz by mailing a check to his last known address as provided by Plaintiff.[1] Any future payments made by Justin Robert White Cruz shall be refunded to him.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: May 09, 2019**

---

[1] Plaintiff shall provide the mailing address to the Clerk's Office.