# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
| Plaintiff, | |
| vs. | ORDER |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

A Petition to Adjudicate Interest In Real Property Pursuant to 21 U.S.C. § 853(n) ("Petition") was filed on February 14, 2017. *See* ECF No. 219. In light of the dismissal of the Superseding Indictment on April 25, 2019, the court finds the Petition **MOOT**.[1]

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: May 20, 2019**

---

[1] The court notes that the property at issue in the Petition has *not* been forfeited and that the Petition was to adjudicate the validity of the Petitioner's interest in the property, which is sought to be forfeited to the United States of America. No final order of forfeiture as to the property at issue has been issued by this court.

1