SHAWN N. ANDERSON
United States Attorney
BELINDA ALCANTARA
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO RELEASE TRIAL EXHIBITS** |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

Comes now the United States, through Belinda Alcantara, Assistant U.S. Attorney and hereby moves this Honorable Court for an order to release Government's Trial Exhibit 37 a-f, 38, 47, and 55 which were received in the trial, to Drug Enforcement Administration, Task Force Officer Jimmy Manglona.

Respectfully submitted this 23rd day of May, 2019.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____/s/ Belinda Alcantara_____
BELINDA ALCANTARA
Assistant U.S. Attorney