SHAWN N. ANDERSON
United States Attorney
BELINDA ALCANTARA
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
| Plaintiff, | |
| vs. | **ORDER GRANTING UNITED STATES' MOTION TO RELEASE TRIAL EXHIBITS** |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

The United States' Motion to Release Trial Exhibits in the above-captioned matter is hereby **GRANTED**. Government's Trial Exhibit 37 a-f, 38, 47, and 55, which was received in the trial, shall be released to Drug Enforcement Administration Task Force Officer Jimmy Manglona.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated May 24, 2019**