SHAWN N. ANDERSON
United States Attorney
BELINDA ALCANTARA
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 15-00041 |
| Plaintiff, | **ERRATUM** |
| vs. | **UNITED STATES' MOTION TO RELEASE TRIAL EXHIBITS** |
| JUSTIN ROBERT WHITE CRUZ, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through undersigned counsel, and hereby files with the Court an Erratum to correct the United States' Motion to Release Trial Exhibits, in the above styled matter, as follows:

Page 1, Lines 16-17: Substituting the text "37 a-f" with "<u>34a-b, 34c-d, and 37a-d</u>".

RESPECTFULLY SUBMITTED this 27th day of June, 2019.

    SHAWN N. ANDERSON
    United States Attorney
    Districts of Guam and NMI

By:   */s/ Belinda Alcantara*
    BELINDA ALCANTARA
    Assistant U.S. Attorney